# United States Court of Appeals
## For the First Circuit

No. 22-1938

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff, Appellant,

v.

ZURICH AMERICAN INSURANCE COMPANY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 9, 2023, is corrected as follows:

On page 3, line 13 replace "Pittsburg" with "Pittsburgh".